IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03350-CBS | Date: February 2, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

PETER HILB,  *Pro se*

Plaintiff,

v.

HSBC BANK USA, *et al.,*  Donna Bakalor
 Ian Hicks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 08:59 a.m.**
Court calls case. Appearances of counsel.

Parties have not filed the Pilot Program Consent form. The Court explains the Pilot Program. The Plaintiff is in the process of serving two defendants.

**ORDERED:** *MOTION [13] to Dismiss Plaintiff's Claim for Punitive Damages and for a More Definite Statement* and *MOTION [15] for More Definite Statement* are **DENIED without prejudice.**

The Plaintiff is given leave to file an amended complaint on or before **February 11, 2015.**

Parties will be given a Pilot Program consent form after this hearing.

Hearing Concluded.

**Court in recess: 09:41 a.m.**
Time in court: 00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.