IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03350-CBS | Date: August 25, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*　　　　　　　　　　　　　　　　*Counsel:*

PETER HILB,　　　　　　　　　　　　　　Gary Merenstein

Plaintiff,

v.

HSBC BANK USA, *et al.*,　　　　　　　　Donna Bakalor
　　　　　　　　　　　　　　　　　　　　Ashley Calhoun
　　　　　　　　　　　　　　　　　　　　Melissa Cizmoris

Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session: 01:30 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[41] Plaintiff's Contested Motion to Amend His Previously Filed Amended Complaint and Demand for Jury Trial*.  Discussion and argument regarding the motion.

After conferral with the court, the Plaintiff agrees to withdraw *[41] Plaintiff's Contested Motion to Amend His Previously Filed Amended Complaint and Demand for Jury Trial*.

**ORDERED:**　　*[41] Plaintiff's Contested Motion to Amend His Previously Filed Amended Complaint and Demand for Jury Trial* is **WITHDRAWN**.  The Plaintiff may file an unopposed motion for leave to file a second amended complaint by **September 9, 2015.**  The unopposed motion does not prejudice the defendant's right to answer or otherwise respond under Rule 12.

　　　　　　　　In light of the Plaintiff filing a second amended complaint *[25] Defendants HSBC Bank USA, National Association, as Trustee for the Certificate Holders of the Ace Securities Corporation Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass Through Certificates, its Successors and Assigns and Select Portfolio

*Servicing, Inc's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* and *[26] Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)* are **DENIED AS MOOT**.

HEARING CONCLUDED.

**Court in recess: 01:45 p.m.**
Total time in court: 00:15

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.