IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03350-CBS | Date:  December 10, 2015 |
| Courtroom Deputy: Brandy Simmons | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                    *Counsel:*

PETER HILB,                                          Gary Eric Merenstein

Plaintiff,

v.

HSBC BANK USA,                                   Donna Hope Bakalor
BANK OF AMERICA NATIONAL       Cynthia Dawn Lowery-Graber
ASSOCIATION,
MICHAEL P. MEDVED,
SELECT PORTFOLIO SERVICING,
INCORPORATED,

Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:30 a.m.**
Court calls case.  Appearances of counsel. No one is present for Michael P. Medved.

This hearing comes before the court in regards to *[65] Defendants HSBC Bank USA, National Association, as Trustee for the Certificate Holders of the Ace Securities Corporation Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass Through Certificates, Its Successors and Assigns and Select Portfolio Servicing, Inc's Motion to Dismiss Plaintiff's Second Amended Complaint* and *[70] Defendant Bank of America, National Association, A/K/A BAC Home Loan, A/K/A U.S. Trust, F/K/A Countrywide Home Loan's  Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice.*

Discussion and argument regarding the motions.

**ORDERED:**     *[65] Defendants HSBC Bank USA, National Association, as Trustee for the Certificate Holders of the Ace Securities Corporation Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass Through Certificates, Its Successors and*

*Assigns and Select Portfolio Servicing, Inc's Motion to Dismiss Plaintiff's Second Amended Complaint* is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** *[70] Defendant Bank of America, National Association, A/K/A BAC Home Loan, A/K/A U.S. Trust, F/K/A Countrywide Home Loan's Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice* is **TAKEN UNDER ADVISEMENT**.

Discussion regarding options for settlement. Parties discuss option of court sponsored settlement.

**ORDERED:** Parties shall notify the Court, on or before **January 8, 2016**, if they seek court sponsored settlement.

HEARING CONCLUDED.

**Court in recess: 11:59 a.m.**
Total time in court: 01:29

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.